404 A.2d 1354

Commonwealth v. Brutko, Appellant.

Submitted September 15, 1978.   Taylor P. Andrews, Public Defender, for appellant;  Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., concurred in the result.

404 A.2d 1354

Commonwealth v. Buhl, Appellant.

Submitted September 15, 1978.   Jeffrey P. Bowe, Assistant Public Defender, for appellant;  Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.